1 | Ralph S. LaMontagne, Jr. [State Bar No. 91536]
rlamontagne@l-a-lawoffices.com
2 | Eric A. Amador [State Bar No. 143395]
eamador@l-a-lawoffices.com
3 | Thomas T. Carpenter [State Bar No. 98051]
tcarpenter@l-a-lawoffices.com
4 | LaMONTAGNE & AMADOR LLP
150 S. Los Robles Avenue, Suite 940
5 | Pasadena, California 91101
Telephone:  (626) 765-6800
6 | Facsimile:  (626) 765-6801

7 | Attorneys for Defendant
VENTURE TRAVEL, LLC,, doing business as
8 | TAQUAN AIR

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIE L. HORTON, Individually and as Spouse of KIM M. CASTRO, KIM M. CASTRO, Individually and as Spouse of STACIE L. HORTON, <br><br> Plaintiffs, <br><br> vs. <br><br> PRINCESS CRUISE LINES, LTD., doing business as PRINCESS CRUISES, VENTURE TRAVEL, LLC, doing business as TAQUAN AIR; and MOUNTAIN AIR SERVICE, LLC, doing business as MOUNTAIN AIR, <br><br> Defendants. | Case No. 2:20-cv-10277-CAS-JC <br><br> **NOTICE OF PENDING SETTLEMENT OF ACTION** |

Notice Of Pending Settlement Of Action

242028

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that, following extended mediation proceedings that commenced on March 18, 2021, the parties have agreed to a settlement. It is respectfully requested that the Court allow parties sufficient time to work out the specific terms of the settlement agreement/release and for the settlement monies to be paid. It is anticipated that the settlement agreement/release should be completed, and full settlement funds paid within sixty days. Upon completion of the foregoing plaintiffs shall file a dismissal with prejudice. The parties shall contact the Court prior to the expiration of sixty days if additional time is necessary. The parties further request that the current due date for filing of responsive pleadings/motions, *i.e.,* April 9, 2021, be vacated.

Dated: April 8, 2021            AVIATION LAW GROUP PS

                                                  By: */s/ Robert F. Hedrick*
                                                       Robert F. Hedrick
                                                       Attorneys for Plaintiffs
                                                       STACIE L. HORTON and KIM M. CASTRO

Dated: April 8, 2021            FLYNN DELICH & WISE LLP

                                                     By: */s/ Nicholas S. Politis*
                                                       Nicholas S. Politis
                                                       Attorneys for Defendant
                                                       PRINCESS CRUISE LINES, LTD., doing business as PRINCESS CRUISES

242028

| | | |
|---|---|---|
| 1 | Dated: April 8, 2021 | WORTHE HANSON & WORTHE |
| 2 | | |
| 3 | | By: /s/ *John Hanson* |
| | | John Hanson |
| 4 | | Attorneys for Defendant |
| 5 | | MOUNTAIN AIR SERVICE, LLC, doing business as MOUNTAIN AIR |
| 6 | | |
| 7 | Dated: April 8, 2021 | LaMONTAGNE & AMADOR LLP |
| 8 | | |
| | | By: /s/ *Ralph S. LaMontagne, Jr.* |
| 9 | | Ralph S. LaMontagne, Jr. |
| | | Eric A. Amador |
| 10 | | Thomas T. Carpenter |
| 11 | | Attorneys for Defendant |
| 12 | | VENTURE TRAVEL, L.L.C., doing business as TAQUAN AIR |

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: April 8, 2021         LaMONTAGNE & AMADOR LLP

By: /s/ *Ralph S. LaMontagne, Jr.*
Ralph S. LaMontagne, Jr.
Eric A. Amador
Thomas T. Carpenter
Attorneys for Defendant
VENTURE TRAVEL, L.L.C., doing business as TAQUAN AIR