Ralph S. LaMontagne, Jr. [State Bar No. 91536]
rlamontagne@l-a-lawoffices.com
Eric A. Amador [State Bar No. 143395]
eamador@l-a-lawoffices.com
Thomas T. Carpenter [State Bar No. 98051]
tcarpenter@l-a-lawoffices.com
LaMONTAGNE & AMADOR LLP
150 S. Los Robles Avenue, Suite 940
Pasadena, California 91101

Telephone:  (626) 765-6800
Facsimile:  (626) 765-6801

Attorneys for Defendant
VENTURE TRAVEL, L.L.C., doing business as
TAQUAN AIR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIE L. HORTON, Individually and as Spouse of KIM M. CASTRO; KIM M. CASTRO, Individually and as Spouse of STACIE L. HORTON,<br><br>Plaintiffs,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., doing business as PRINCESS CRUISES; VENTURE TRAVEL, LLC, doing business as TAQUAN AIR, and MOUNTAIN AIR SERVICE, LLC,<br><br>Defendants. | Case No. 2:20-cv-10277-CAS-JC<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE (Fed.R.Civ.P. 41)** |

1  The undersigned parties, who are all the parties to this action, namely,
2  plaintiffs, Stacie L. Horton, individually and as spouse of Kim M. Castro; Kim M.
3  Castro, individually and as spouse of Stacie L. Horton, and defendants, Princess
4  Cruise Lines, Ltd., dba Princess Cruises, Venture Travel, LLC, dba Taquan Air, and
5  Mountain Air Service, LLC, dba Mountain Air, hereby **STIPULATE**, pursuant to
6  Fed.R.Civ.P. 41, to the dismissal of this action, with prejudice, with each party
7  bearing said party's own fees and costs.

Dated:  June 8, 2021                AVIATION LAW GROUP PS

                                    By: /s/ *Robert F. Hedrick*
                                        Robert F. Hedrick
                                        Attorneys for Plaintiffs
                                        STACIE L. HORTON, Individually and
                                        as Spouse of KIM M. CASTRO; KIM M.
                                        CASTRO, Individually and as Spouse of
                                        STACIE L. HORTON

Dated:  June 8, 2021                NELSON & FRAENKEL LLP

                                    By: /s/ *Carlos F. Llinás Negret*
                                        Stuart R. Fraenkel
                                        Gretchen Nelson
                                        Carlos F. Llinás Negret
                                        Attorneys for Plaintiffs
                                        STACIE L. HORTON, Individually and
                                        as Spouse of KIM M. CASTRO; KIM M.
                                        CASTRO, Individually and as Spouse of
                                        STACIE L. HORTON

Dated:  June 8, 2021                FLYNN, DELICH & WISE LLP

                                    By: /s/ *Nicholas S. Politis*
                                        Nicholas S. Politis
                                        Attorneys for Defendant
                                        PRINCESS CRUISE LINES, LTD.,
                                        doing business as PRINCESS CRUISES

| | | |
|---|---|---|
| 1 | Dated: June 8, 2021 | WORTHE HANSON & WORTHE |
| 2 | | |
| 3 | | By: /s/ *John Hanson* |
| | | John Hanson |
| 4 | | Attorneys for Defendant |
| 5 | | MOUNTAIN AIR SERVICE, LLC, doing business as MOUNTAIN AIR |
| 6 | Dated: June 8, 2021 | LaMONTAGNE & AMADOR LLP |
| 7 | | |
| 8 | | By: /s/ *Ralph S. LaMontagne, Jr.* |
| | | Ralph S. LaMontagne, Jr. |
| 9 | | Eric A. Amador |
| 10 | | Thomas T. Carpenter |
| | | Attorneys for Defendant |
| 11 | | VENTURE TRAVEL, L.L.C., doing business as TAQUAN AIR |

2
Stipulation For Dismissal Of Action With Prejudice (Fed.R.Civ.P. 41)

242237

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: June 8, 2021                LaMONTAGNE & AMADOR LLP

By: /s/ *Ralph S. LaMontagne, Jr.*
    Ralph S. LaMontagne, Jr.
    Eric A. Amador
    Thomas T. Carpenter
    Attorneys for Defendant
    VENTURE TRAVEL, L.L.C., doing business as TAQUAN AIR